UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

RnD Engineering, LLC, et al.,[1]

    Debtors.
_____/

Chapter 11
Case No. 14-58049
(Jointly Administered)
Hon. Phillip J. Shefferly

Nagel Precision Inc.,

    Plaintiff,

v.

RnD Engineering, LLC, and
Richalin Kamtchouang Digue,

    Defendants.
_____/

Adversary Proceeding
No. 15-4189-PJS

### ORDER (1) ALLOWING CLAIMS; (2) DETERMINING NONDISCHARGEABLE DEBT; AND (3) DENYING INJUNCTIVE RELIEF

On March 1, 2016, the Court issued an Opinion After Trial (1) Allowing Claims; (2) Determining Nondischargeable Debt; and (3) Denying Injunctive Relief ("Opinion") (ECF No. 161). For the reasons set forth in the Opinion, all of which are incorporated herein,

**IT IS HEREBY ORDERED** that Nagel Precision Inc. ("Nagel") is allowed a claim in the amount of $564,503.16 in the Chapter 11 case of RnD Engineering, LLC, case no. 14-58049.

**IT IS FURTHER ORDERED** that Nagel is allowed a claim in the amount of $564,503.16 in the Chapter 11 case of Richalin Kamtchouang Digue, case no. 14-58053.

---

[1] The Debtors in these jointly administered cases are: RnD Engineering, LLC (case no. 14-58049), and Richalin Kamtchouang Digue (case no. 14-58053).

**IT IS FURTHER ORDERED** that Nagel's claim in the Chapter 11 case of Richalin Kamtchouang Digue is nondischargeable under § 523(a)(2)(A) and (a)(6) of the Bankruptcy Code.

**IT IS FURTHER ORDERED** that Nagel's request for injunctive relief is denied.

.

**Signed on March 01, 2016**

                                                **/s/ Phillip J. Shefferly**
                                                **Phillip J. Shefferly**
                                                **United States Bankruptcy Judge**